UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Darryl Hawkins**                                    Docket No. 4:10-CR-26-1FL

**Petition for Action on Supervised Release**

COMES NOW Peter J Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Darryl Hawkins, who, upon an earlier plea of guilty to 21 U.S.C. §922(j) and 924(a)(2), Possession of a Stolen Firearm, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on October 15, 2010, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Christopher Darryl Hawkins was released from custody on September 25, 2015, at which time the term of supervised release commenced.

A Motion for Revocation on Offender Under Supervised Release was submitted to the Court reporting that the defendant had submitted urinalysis samples on June 26, 2017, and July 6, 2017, which tested positive for cocaine; and the defendant admitted to using cocaine on June 24, 2017; July 4, 2017; and July 9, 2017. A Revocation Hearing was held before Your Honor on September 21, 2017. The offender's supervised release was revoked and he was sentenced to a 1 day term of imprisonment to be followed by a 12 month term of supervised release with the following special conditions imposed: the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility; the defendant shall participate in a program of mental health treatment, as directed by the probation office; and the defendant shall consent to a warrantless search by a United States probation office or, at the request of the probation officer, any other law enforcement officer, of his/her person and premises, including any vehicle, to determine compliance with the conditions of this judgment. Christopher Darryl Hawkins was released from custody on September 21, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urinalysis sample on November 16, 2017, which tested positive for cocaine. The defendant admitted to using cocaine on November 15, 2017, and November 24, 2017. This probation officer, the defendant, and the defendant's dual diagnosis counselor at Integrated Behavioral Healthcare Services have discussed a program of inpatient treatment to address his drug dependency issues. The defendant agreed to enroll in the DROPS program as a sanction for his previous substance use and to act as a deterrent to further use. The Court will be notified of any future violations of his supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the third use level.

Christopher Darryl Hawkins
Docket No. 4:10-CR-26-1FL
Petition For Action
Page 2

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith | /s/ Peter J Yalango |
| Eddie J. Smith | Peter J Yalango |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2546 |
| | Executed On: November 29, 2017 |

### ORDER OF THE COURT

Considered and ordered this __30th__ day of __November__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge